510

Francis BURTON, Appellant, v. Adalyn Elizabeth BURTON, Appellee.

No. 9389.

United States Court of Appeals District of Columbia.

Argued Oct. 17, 1947.

Decided Oct. 27, 1947.

Mr. H. Clay Espey, of Washington, D. C., for appellant.

Mr. S. Jay McCathran, Jr., of Washington, D. C., entered an appearance for appellee.

Before GRONER, Chief Justice, and WILBUR K. MILLER and PRETTYMAN, Associate Justices.

PER CURIAM.

This is an appeal from a judgment of the District Court which granted a preliminary injunction restraining the defendant husband in a pending divorce action from interfering with the plaintiff wife in her exclusive right to the use, occupancy, possession, management and control of certain real property and from interfering with the plaintiff's right to dispose of the property, the injunction being granted upon the plaintiff's giving approved security for the payment of such costs and damages, if any, as might be incurred or suffered by the defendant. We find no error in the judgment of the trial court.

Affirmed.

Ruben DANSKY, Leon S. Neviaser, and Harry Owen, Appellants, v. Hubert DULEY and Aubrey C. Duley, Appellees.

No. 9433.

United States Court of Appeals District of Columbia.

Argued Oct. 17, 1947.

Decided Oct. 27, 1947.

Mr. I. H. Halpern, of Washington, D. C., for appellants.

No appearance for appellees.

Before GRONER, Chief Justice, and WILBUR K. MILLER and PRETTYMAN, Associate Justices.

PER CURIAM.

The District Court granted an injunction against the threatened sale of certain real property by the trustees under a deed of trust, tender of all amounts due, including principal, interest, auctioneers' fee, advertising costs to date, and trustees' fees, having been made by the obligors on the trust note. We find no error in the judgment of the court.

Affirmed.